■ PATRICIA M. MILLIKEN, Respondent, v TOWN OF CORNWALL et al., Defendants, and HELEN BUNT, Appellant. [740 NYS2d 229] —In an action, inter alia, to recover damages for the violation of civil rights pursuant to 42 USC § 1983, the defendant Helen Bunt appeals from so much of a judgment of the Supreme Court, Orange County (Byrne, J.H.O.), dated May 18, 2001, as, upon a jury verdict, awarded the plaintiff punitive damages against her individually in the principal sum of $30,000.

Ordered that the judgment is reversed insofar as appealed from, on the law, with costs, and the claim for punitive damages is dismissed.

Punitive damages are available in a case brought pursuant to 42 USC § 1983 "when the defendant's conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others" (*Smith v Wade,* 461 US 30, 56; *see also Mathie v Fries,* 121

F3d 808; *Ivani Contr. Corp. v City of New York,* 103 F3d 257, *cert denied* 520 US 1211). The evidence regarding Helen Bunt's conduct was legally insufficient to warrant an award of punitive damages against her. Ritter, J.P., O'Brien, Krausman and Adams, JJ., concur.